ACCEPTED
14-15-00027-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 12:01:05 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00027-CV

_____

In the Court of Appeals
for the Fourteenth Judicial District
Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 12:01:05 PM
CHRISTOPHER A. PRINE
Clerk

_____

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,**
Appellant,

**v.**

**Checkfree Services Corporation,**
Appellee.

_____

On Appeal from the 53rd Judicial District Court, Travis County, Texas

_____

**APPELLANTS' UNOPPOSED MOTION FOR 30-DAY EXTENSION TO FILE BRIEF OF APPELLANTS**

_____

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to Rules 10.5 and 38.6(d) of the Texas Rules of Appellate Procedure, Appellants Glen Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas ("Appellants") file this Unopposed Motion for a 30-day Extension to File Brief of Appellants.

Appellants' Brief is currently due **April 15, 2015.** The undersigned counsel respectfully requests a 30-day extension of time to file Appellants' Brief, such that

it would instead be due **May 15, 2015.** No extensions in this matter have previously been sought by Appellants.

The undersigned counsel relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

- Appellants' prior counsel, Erika Sams, is moving out of the state. The undersigned counsel was not previously involved in this case, and his substitution of counsel was only filed on March 4, 2015.

- The undersigned counsel is responsible for reviewing numerous bills during the legislative session, and preparing for the Legislative Budget Board estimates of the fiscal impact such legislation would have upon his division in the Attorney General's office.

- The undersigned counsel is lead attorney for the Texas Workforce Commission in numerous tax disputes, including four cases that are all in active discovery at the present time:

  o *PSM, Plus, LLC v. Tex. Workforce Comm'n et al.*, Cause No. D-1-GN-14-00448, 53rd Judicial District Court of Travis County, Texas;
  o *G&A Outsourcing, Inc. et al. v. Tex. Workforce Comm'n*, Cause No. D-1-GN-14-005431, 98th Judicial District Court of Travis County, Texas;
  o *G&A Outsourcing IV, LLC v. Tex. Workforce Comm'n*, Cause No. D-1-GN-14-005432, 126th Judicial District Court of Travis County, Texas; and
  o *DGC Realty Solutions, LLC v. Tex. Workforce Comm'n*, Cause No. D-1-GN-13-004087, 261st Judicial District Court of Travis County, Texas.

- The undersigned counsel is preparing a Plea to the Jurisdiction in *Quinones v. Teacher Retirement Sys. of Tex. et al.*, Cause No. D-1-GN-15-000356, 53rd Judicial District Court of Travis County, Texas, which will be set for hearing the week of March 30–April 3.

Appellants' Unopposed Motion for Extension to File Brief

- The undersigned secondary counsel has a brief due on March 23, 2015 in *Hunter v. Tex. Dep't of Ins. et al.*, Cause No. 03-14-00737-CV, Third Court of Appeals, Texas.

- The undersigned secondary counsel is the legislative liaison for her division at the Attorney General's office and has extensive duties related to legislation during the legislative session.

- The undersigned secondary counsel will be out of the office on April 3, 2015.

Appellants seek this extension of time to prepare a briefing that fully assists this Court in deciding the issues presented by this appeal. Given the undersigned counsels' prior lack of involvement in this case and other time commitments, it will not be possible to prepare such a briefing by April 15, 2014. Appellee Checkfree Services Corporation is not opposed to this motion. This request is not sought for delay but so that justice may be done.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellants request that this Court extend the deadline for filing Appellants' Brief to **May 15, 2015.** Appellants further request all other relief to which they may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for
Civil Litigation

ROBERT O'KEEFE
Chief, Financial Litigation, Tax, and
Charitable Trusts Division

/s/*Quinn T. Ryan*
QUINN T. RYAN
Attorney-in-Charge
Financial Litigation, Tax and Charitable
Trusts Division
State Bar No. 24074994
Tel:   (512) 463-3112
Fax:   (512) 478-4013
quinn.ryan@texasattorneygeneral.gov

Cynthia A. Morales
Secondary Attorney-in-Charge
Financial Litigation, Tax, and Charitable
Trusts Division
State Bar No. 14417420
P.O. Box 12548
Austin, Texas 78711-2548
Tel:   (512) 475-4470
Fax:   (512) 478-4013
cynthia.morales@texasattorneygeneral.gov

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

I certify that on March 18, 2015, I conferred with counsel for Appellee by email, who confirmed that Appellee is not opposed to this motion.

## CERTIFICATE OF SERVICE

I certify that on March 20, 2015, a copy of this *Appellants' Unopposed Motion for 30-Day Extension to File Brief of Appellants* was served on Appellee as indicated below:

Doug Sigel
RYAN LAW FIRM, LLP   ***Via e-serve:*** doug.sigel@ryanlawllp.com
*Counsel for Appellee*


/s/*Quinn T. Ryan*
QUINN T. RYAN
Assistant Attorney General